CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Indictment        (x)
Complaint         ( )
Information       ( )
Felony            (x [count 1])
Misdemeanor       (x [count 2])
Juvenile          ( )

County of Offense: Davidson and Others
AUSA's NAME: Amanda J. Klopf

Reviewed by AUSA: _AJK_
(Initials)

_Heather Idoni_
Defendant's Full Name

_____
Defendant's Address

Interpreter Needed?      ____ Yes   _x_ No

If Yes, what language?   _____

_____
Defendant's Attorney

| COUNT(S) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON (plus any mandatory minimum) | MAX. FINE |
|---|---|---|---|---|
| 1 | 18 USC 241 | Conspiracy to Obstruct Access to a Clinic Providing Reproductive Health Services | 10 years | $250,000 |
| 2 | 18 USC 248(a)(1), 2 | Violation of the FACE Act | Not more than 1 year.* | $10,000 |

* In the case of a second or subsequent offense after a prior conviction under this section, not more than 3 years

Is the defendant currently in custody?      Yes ( )   No (x)   If yes, State or Federal? Writ requested ( )

Has a complaint been filed?                 Yes ( )   No (x)
   If Yes: Name of the Magistrate Judge _____   Case No.: _____
          Was the defendant arrested on the complaint?   Yes ( )   No ( )

Has a search warrant been issued?           Yes (x)   No ( )

Was bond set by Magistrate/District Judge?  Yes ( )   No (x)     Amount of bond: _____

Is this a Rule 20? Yes ( )  No (x)   To/from what district? _____
Is this a Rule 40? Yes ( )  No (x)   To/from what district? _____

Estimated trial time:     5 days

The Clerk will issue a (Warrant) (circle one) (Note: If information, request for a warrant requires presentment of a sworn affidavit of probable cause to a judicial officer, who will determine whether to issue a warrant)

Detention requested: Yes ( )  No (x)   Recommended conditions of release: _Do not enter a facility that provides reproductive health services without prior approval of the probation office_____