CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Indictment            ( x )
Complaint             (   )
Information           (   )
Felony                ( x [count 1] )
Misdemeanor           ( x [count 2] )
Juvenile              (   )

County of Offense:    Davidson and Others
AUSA's NAME:          Amanda J. Klopf

Reviewed by AUSA:     _AJK_
                      (Initials)

Coleman Boyd
Defendant's Full Name

_____
Defendant's Address

Interpreter Needed?    ___ Yes    _x_ No

If Yes, what language? _____

_____
Defendant's Attorney

| COUNT(S) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON (plus any mandatory minimum) | MAX. FINE |
|---|---|---|---|---|
| 1 | 18 USC 241 | Conspiracy to Obstruct Access to a Clinic Providing Reproductive Health Services | 10 years | $250,000 |
| 2 | 18 USC 248(a)(1), 2 | Violation of the FACE Act | Not more than 1 year.* | $10,000 |

* In the case of a second or subsequent offense after a prior conviction under this section, not more than 3 years

Is the defendant currently in custody?    Yes ( )    No ( x )    If yes, State or Federal? Writ requested ( )

Has a complaint been filed?    Yes ( )    No ( x )
    If Yes:    Name of the Magistrate Judge _____    Case No.: _____
               Was the defendant arrested on the complaint?    Yes ( )    No ( )

Has a search warrant been issued?    Yes ( x )    No ( )

Was bond set by Magistrate/District Judge?    Yes ( )    No ( x )    Amount of bond: _____

Is this a Rule 20? Yes ( )  No ( x )    To/from what district? _____
Is this a Rule 40? Yes ( )  No ( x )    To/from what district? _____

Estimated trial time:    5 days

The Clerk will issue **a Warrant** (circled) (circle one) (Note: If information, request for a warrant requires presentment of a sworn affidavit of probable cause to a judicial officer, who will determine whether to issue a warrant)

Detention requested: Yes ( )  No ( x )    Recommended conditions of release: _Do not enter a facility that provides reproductive health services without prior approval of the probation office_