CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
<u>NASHVILLE</u> DIVISION

| | |
|---|---|
| Indictment | ( x ) |
| Complaint | ( ) |
| Information | ( ) |
| Felony | ( ) |
| Misdemeanor | ( x ) |
| Juvenile | ( ) |

County of Offense: <u>Davidson and Others</u>
AUSA's NAME: <u>Amanda J. Klopf</u>

Reviewed by AUSA: _AJK_____
(Initials)

Eva Zastrow _____
Defendant's Full Name

_____
Defendant's Address

Interpreter Needed?  _____ Yes  __x__ No

If Yes, what language?  _____

_____
Defendant's Attorney

| COUNT(S) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON (plus any mandatory minimum) | MAX. FINE |
|---|---|---|---|---|
| 2 | 18 USC 248(a)(1), 2 | Violation of the FACE Act | Not more than 1 year.* | $10,000 |

* In the case of a second or subsequent offense after a prior conviction under this section, not more than 3 years

Is the defendant currently in custody?  Yes  ( )  No  ( x )  If yes, State or Federal?  Writ requested  ( )

Has a complaint been filed?  Yes  ( )  No  ( x )
    If Yes:  Name of the Magistrate Judge _____ Case No.: _____
           Was the defendant arrested on the complaint?  Yes  ( )  No  ( )

Has a search warrant been issued?  Yes  ( x )  No  ( )

Was bond set by Magistrate/District Judge?  Yes  ( )  No  ( x )  Amount of bond: _____

Is this a Rule 20? Yes ( ) No ( x )  To/from what district?  _____
Is this a Rule 40? Yes ( ) No ( x )  To/from what district?  _____

Estimated trial time:  ___5 days_____

The Clerk will issue a **Summons**  (circle one) (Note: If information, request for a warrant requires presentment of a sworn affidavit of probable cause to a judicial officer, who will determine whether to issue a warrant)

Detention requested: Yes ( ) No ( x )  Recommended conditions of release: _Do not enter a facility that provides reproductive health services without prior approval of the probation office_____