CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Indictment (x)
Complaint ( )
Information ( )
Felony ( )
Misdemeanor (x)
Juvenile ( )

County of Offense: Davidson and Others
AUSA's NAME: Amanda J. Klopf

Reviewed by AUSA: AJK
(Initials)

Paul Place _____
Defendant's Full Name

_____
Defendant's Address

Interpreter Needed? ___ Yes _x_ No

If Yes, what language? _____

_____
Defendant's Attorney

| COUNT(S) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON (plus any mandatory minimum) | MAX. FINE |
|---|---|---|---|---|
| 2 | 18 USC 248(a)(1), 2 | Violation of the FACE Act | Not more than 1 year.* | $10,000 |

* In the case of a second or subsequent offense after a prior conviction under this section, not more than 3 years

Is the defendant currently in custody? Yes ( ) No (x) If yes, State or Federal? Writ requested ( )

Has a complaint been filed? Yes ( ) No (x)
  If Yes: Name of the Magistrate Judge _____ Case No.: _____
  Was the defendant arrested on the complaint? Yes ( ) No ( )

Has a search warrant been issued? Yes (x) No ( )

Was bond set by Magistrate/District Judge? Yes ( ) No (x)    Amount of bond: _____

Is this a Rule 20? Yes ( ) No (x)    To/from what district? _____
Is this a Rule 40? Yes ( ) No (x)    To/from what district? _____

Estimated trial time:    5 days

The Clerk will issue a **Summons**    (circle one) (Note: If information, request for a warrant requires presentment of a sworn affidavit of probable cause to a judicial officer, who will determine whether to issue a warrant)

Detention requested: Yes ( ) No (x)    Recommended conditions of release: _Do not enter a facility that provides reproductive health services without prior approval of the probation office_____