IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:22-cr-00327 |
| | ) | Judge Trauger |
| [1] CHESTER GALLAGHER | ) | |
| [2] HEATHER IDONI | ) | |
| [3] CALVIN ZASTROW | ) | |
| [4] COLEMAN BOYD | ) | |
| [5] CAROLINE DAVIS | ) | |
| [6] PAUL VAUGHN | ) | |
| [7] DENNIS GREEN | ) | |
| [10] JAMES ZASTROW | ) | |
| [11] PAUL PLACE | ) | |

**ORDER**

A status conference was held with counsel for the parties on August 4, 2023. The following are hereby ORDERED:

1. The deadline for the filing of motions for change of plea is October 2, 2023.

2. By September 22, 2023, the government shall furnish supplementary 404(b) information to defense counsel, who shall file any motions in connection therewith by October 13, 2023, with responses due by October 27, 2023.

3. Motions in limine and the government's proposed instructions and verdict forms shall be filed by December 4, 2023. Responses to motions in limine and defense objections to the government's proposed instructions, plus any additional proposed instructions, will be filed by defense counsel by December 18, 2023. The government may respond to the defense submittals by January 4, 2024.

4. Any proposed jury questionnaire shall be filed by December 18, 2023. The court expects all counsel to work together on any proposed jury questionnaire. Any objections to any such joint filing shall likewise be filed on December 18, 2023.

5. The pretrial conference shall be held on Wednesday, January 10, 2024 at 1:30 p.m. Defendants shall appear for the pretrial conference.

To the extent these deadlines conflict with any earlier orders of the court, those orders are superseded by this Order.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge