UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:22-CR-00327 |
| ) | |
| [1] CHESTER GALLAGHER ) | JUDGE TRAUGER |
| [2] HEATHER IDONI ) | |
| [3] CALVIN ZASTROW ) | |
| [4] COLEMAN BOYD ) | |
| [6] PAUL VAUGHN ) | |
| [7] DENNIS GREEN ) | |

### DEFENDANTS' MOTION IN OBJECTION TO ANY CHANGES TO THE COURT'S ORAL JANUARY 26, 2024 RULING ON FINAL JURY INSTRUCTIONS

Defendants Coleman Boyd, Chester Gallagher, Dennis Green, Heather Idoni, Paul Vaughn, and Calvin Zastrow, by and through undersigned counsel, objects to any changes of the Court's oral ruling on the final jury instructions as specifically proposed in AUSA Klopf's January 26. 2024 at 6:37 p.m. email to Katheryn Beasley.

Respectfully submitted,

s/ David I. Komisar
David I. Komisar BPR 9207 Attorney for Calvin Zastrow
208 Third Ave. North Suite 300
Nashville, TN 37201
(615) 242-2675


/s/ *Jodie A. Bell. (by permission)*
JODIE A. BELL, Esq.
214 Second Avenue North, Suite 208

1

Nashville, TN  37201
(615)244-1110/ (615) 956-4977
*Attorney for Chester Gallagher*

### /s/ *William Conway (by permission)*
WILLIAM J. CONWAY, Esq.
214 Second Avenue North, Suite 208
Nashville, TN  37201
(615) 250-5363
wjconway@gmail.com
*Attorney for Heather Idoni*

### /s/ *WRobert Lynn Parris (by permission)*
ROBERT LYNN PARRIS, Esq.
Robert L. Parris, Attorney at Law
200 Jefferson Avenue, Suite 1500
Memphis, TN 38103
(901) 490−8026
Fax: (901) 524−1806
rlp@robertparrisattorney.com
*Attorney for Defendant Calvin Zastrow*

### /s/ *Stephen M. Crampton (by permission)*
STEPHEN M. CRAMPTON
Thomas More Society
P.O. Box 4506
Tupelo, MS  38803
(662) 255-9439
scrampton@thomasmoresociety.org
and

Larry L. Crain, Esq.
5214 Maryland Way, Suite 402
Brentwood, TN  37027
(615) 376-2600
larry@crainlaw.legal
www.crainlaw.legal
*Attorneys for Paul Vaughn*

### /s/ *G. Kerry Haymaker  (by permission)*
G. KERRY HAYMAKER, Esq.
Haymaker & Heroux, P.C.
545 Mainstream Drive, Suite 420
Nashville, TN 37228
(615) 250-0050
haymaker@tennesseedefense.com
*Attorney for Defendant Coleman Boyd*

### /s/ *Steve C. Thornton*
STEVE C. THORNTON, Esq.
P.O. Box 16465
Jackson, MS 39236

(601) 982-0313
mail@lawlives.com
*Attorney for Defendant Coleman Boyd*

**/s/ *Manuel B. Russ (by permission)***
MANUEL B. RUSS
340 21st Avenue North
Nashville, TN 37203
(615) 329-1919
russben@gmail.com
*Attorney for Defendant Dennis Green*


# CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Motion was filed electronically and served on the following by the EF/CME electronic filing system:

| | |
|---|---|
| JODIE A. BELL<br>214 Second Avenue North, Suite 208<br>Nashville, TN 37201<br>(615)244-1110/ (615) 956-4977<br>jodie@attorneyjodiebell.com<br>Attorney for Chester Gallagher | MANUEL B. RUSS<br>340 21st Avenue North<br>Nashville, TN 37203<br>(615) 329-1919<br>russben@gmail.com<br>Attorney for Defendant Dennis Green |
| WILLIAM J. CONWAY<br>William J. Conway, Esq. P.C.<br>214 Second Avenue North, Suite 208<br>Nashville, TN 37201<br>(615) 260-5364<br>wjconway@gmail.com<br>Attorney for Defendant Heather Idoni | DAVID R. HEROUX<br>Haymaker & Heroux, P.C.<br>545 Mainstream Drive, Suite 420<br>Nashville, TN 37228<br>(615) 250-0050<br>heroux@tennesseedefense.com<br>Attorney for Defendant Eva Edl |
| ROBERT LYNN PARRIS<br>Robert L. Parris, Attorney at Law<br>200 Jefferson Avenue, Suite 1500<br>Memphis, TN 38103<br>(615) 490-8026<br>rlp@robertparrisattorney.com<br>Attorney for Defendant Calvin Zastrow | DAVID L. COOPER<br>Law Office of David L. Cooper, P.C.<br>208 Third Avenue, N Suite 300<br>Nashville, TN 37201<br>(615) 256-1008<br>dcooper@cooperlawfirm.com<br>Attorney for Defendant Eva Zastrow |
| G. KERRY HAYMAKER<br>Haymaker & Heroux, P.C.<br>545 Mainstream Drive. Suite 420 | RAYBURN McGOWAN, Jr.<br>8005 Church Street East, Suite 219<br>Brentwood, TN 37207 |

Nashville, TN 37228
(615) 250-0050
haymaker@tennesseedefense.com
Attorney for Defendant Coleman Boyd

(615) 244-7070
mcgowanrayburnjr@bellsouth.net
Attorney for Defendant James Zastrow

STEVE C. THORNTON, Esq.
P.O. Box 16465
Jackson, MS 39236
(601) 982-0313
mail@lawlives.com
Attorney for Defendant Coleman Boyd

LEONARD E. LUCAS, III
The Law Firm of Leonard Earl Lucas
315 Deadrick St, Suite 1550
Nashville, TN 37238
(301) 204-6498
leonard.lucas@lellawfirm.com
Attorney for Defendant Paul Place

HEATHER G. PARKER
Evans Bulloch Parker PLLC
302 North Spring Street
PO Box 398
Murfreesboro, TN 37133-0398
(615) 896-4154
heatherparker@bfhelaw.com
Attorney for Defendant Caroline Davis

AMANDA J. KLOPF
U.S. Attorney's Office (Nashville)
719 Church Street, Suite 3300
Nashville, TN 37203
(615) 736-5151
amanda.klopf@usdoj.gov
Representing **USA**

LARRY LAMONT CRAIN
5214 Maryland Way, Suite 402
Brentwood, TN 37207
(615) 376-2600
larry@crainlaw.legal
Attorney for Defendant Paul Vaughn

SANJAY PATEL
Department of Justice
150 M Street NE
Washington, DC 20002
(202) 598-1018
Sanjay.patel@usdoj.gov
Representing **USA**

STEPHEN M. CRAMPTON
Thomas More Society
P.O. Box 4506
Tupelo, MS 38803
(662) 255-9439
scrampton@thomasmoresociety.org
Attorney for Defendant Paul Vaughn

NIKHIL A. RAMNANEY
Department of Justice
150 M Street NE
Washington, DC 20002
(202) 598-1018
nikhil.ramnaney@usdoj.gov
Representing **USA**

This the 28 day of January 2024.

/s/ David Komisar
David Komisar