# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | |
| v. ] | No. 3:22-CR-00327 |
| ] | JUDGE TRAUGER |
| CHESTER GALLAGHER ] | |

### UNOPPOSED MOTION TO CONTINUE JULY 2, 2024 SENTENCING HEARING

Comes now the defendant, Chester Gallagher, by and through undersigned counsel, and hereby moves this Honorable Court to continue his sentencing hearing to a date in mid-September. In support of this motion, Mr. Gallagher submits the following:

On January 30, 2024, Mr. Gallagher was convicted, following a jury trial, of the two charges alleged in the above referenced indictment. Following the jury's verdict, this Honorable Court scheduled his sentencing hearing for July 2, 2024. At the time of the scheduling, Mr. Gallagher had a jury trial date scheduled for April of 2024 in the Eastern District of Michigan.

Since the scheduling his July 2, 2024 sentencing hearing, the case in the Eastern District of Michigan has been continued from April 2024 and is currently scheduled for August 6 2024 (2:23-cr-20100 (EDMI), DE 175); that trial is expected to last for two weeks. Mr. Gallagher has elected to represent himself in that case (2:23-cr-20100 (EDMI),DE 169 & 174) and is concerned that if he is incarcerated at the time of the Michigan trial, his incarceration may interfere with his ability to meaningfully prepare for the August trial.

Additionally, Mr. Gallagher was recently scheduled for a surgical procedure that has been placed on hold. Mr. Gallagher's surgery required some medical testing as a prerequisite to determine if he physically could endure the surgery, however his insurance company refused to pay for the testing. Mr. Gallagher is objecting to the refusal of the insurance to pay for the testing and will reschedule. Due to the seriousness of the surgery, he would like to have it done or at least scheduled prior to his sentencing hearing.

Undersigned counsel has conferred with the government about this motion and the government's availability in mid to late September; the government does not object to this motion and is available in mid to late September. Undersigned counsel advises the Court that she has a jury trial scheduled in Davidson County Criminal Court that starts September 16th but should complete no later than September 18th.

Based upon the foregoing, Mr. Gallagher requests that the Court grant the instant motion and continue his sentencing hearing to a date convenient for the Court in mid to late September of 2024.

Respectfully submitted,

   s/ **Jodie A. Bell**
JODIE A. BELL, No. 18336
Washington Square Building
214 Second Avenue North, Suite 208
Nashville, Tennessee 37201
(615) 953-4977
(615) 928-1901  facsimile
jodie@attorneyjodiebell.com

# CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Motion was filed electronically and served on the following by the EF/CME electronic filing system:

**WILLIAM J. CONWAY**
William J. Conway, Esq. P.C.
214 Second Avenue North, Suite 208
Nashville, TN 37201
(615) 260-5364
wjconway@gmail.com
Attorney for Defendant Heather Idoni

**ROBERT LYNN PARRIS**
Robert L. Parris, Attorney at Law
200 Jefferson Avenue
Suite 1500
Memphis, TN 38103
(615) 490-8026
rlp@robertparrisattorney.com
Attorney for Defendant Calvin Zastrow

**G. KERRY HAYMAKER**
Haymaker & Heroux, P.C.
545 Mainstream Drive
Suite 420
Nashville, TN 37228
(615) 250-0050
haymaker@tennesseedefense.com
Attorney for Defendant Coleman Boyd

**HEATHER G. PARKER**
Evans Bulloch Parker PLLC
302 North Spring Street
PO Box 398
Murfreesboro, TN 37133-0398
(615) 896-4154
heatherparker@bfhelaw.com
Attorney for Defendant Caroline Davis

**LARRY LAMONT CRAIN**
5214 Maryland Way
Suite 402
Brentwood, TN 37207

(615) 376-2600
larry@crainlaw.legal
**STEPHEN M. CRAMPTON**
Thomas More Society
P.O. Box 4506
Tupelo, MS 38803
662-255-9439
scrampton@thomasmoresociety.org
Attorney for Defendant Paul Vaughn

**MANUEL B. RUSS**
340 21st Avenue North
Nashville, TN 37203
(615) 329-1919
russben@gmail.com
Attorney for Defendant Dennis Green

**DAVID R. HEROUX, P.C.**
Haymaker & Heroux, P.C.
545 Mainstream Drive
Suite 420
Nashville, TN 37228
(615) 250-0050
heroux@tennesseedefense.com
Attorney for Defendant Eva Edl

**DAVID L. COOPER**
Law Office of David L. Cooper, P.C.
208 Third Avenue, N Suite 300
Nashville, TN 37201
(615) 256-1008
dcooper@cooperlawfirm.com
Attorney for Defendant Eva Zastrow

**RAYBURN McGOWAN, Jr.**
8005 Church Street East
Suite 219
Brentwood, TN 37207
(615) 244-7070
mcgowanrayburnjr@bellsouth.net
Attorney for Defendant James Zastrow


**LEONARD E. LUCAS, III**
The Law Firm of Leonard Earl Lucas
315 Deadrick St, Suite 1550

Nashville, TN 37238
(301) 204-6498
leonard.lucas@lellawfirm.com
Attorney for Defendant Paul Place

**NANI GILKERSON**
U.S. Attorney's Office (Nashville)
719 Church Street
Suite 3300
Nashville, TN 37203
(615) 736-5151
amanda.klopf@usdoj.gov
Representing **USA** (*Plaintiff*)


**KYLE BOYNTON**
**WILFRED T. BEAYE, Jr.**
Department of Justice
150 M Street NE
Washington, DC 20002
(202) 598-1018
Representing **USA** (*Plaintiff*)

    This the 3rd day of June 2024.

                                /s/ Jodie A. Bell
                                JODIE A. BELL